

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Vicente A. Menchaca v. Insurance Company of the State of
                         Pennsylvania

Appellate case number:   01-18-01122-CV

Trial court case number: C-2017-04354

Trial court:             113th District Court of Harris County

  Appellant Vicente A. Menchaca filed a motion for en banc reconsideration of this Court's
November 3, 2020 opinion. The motion for en banc reconsideration is **denied**.

  It is so ORDERED.


Judge's signature: /s/ Sherry Radack_____
       Acting for the Court

En Banc Court consists of Chief Justice Radack, and Justices Keyes, Lloyd, Kelly, Goodman,
Landau, Hightower, Countiss, and Adams.

Date:  December 17, 2020_____